**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JEREMY BEVEL,

Plaintiff,

v. CIVIL ACTION NO. 2:25-cv-00243

FRANK BISIGNANO,
*Acting Commissioner for the Social Security Administration,*

Defendant.

# ORDER

Presently pending before the Court are (1) Plaintiff Jeremy Bevel's ("Plaintiff") Memorandum in Support of Judicial Review of the Commissioner's Decision, (ECF No. 14), (2) the Commissioner's Brief in Support of Defendant's Decision, (ECF No. 20), and (3) Plaintiff's Motion for Sentence 6 Remand, (ECF No. 15). By standing order, this matter was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R"). (ECF No. 3.)

Magistrate Judge Tinsley filed his PF&R on July 27, 2026, recommending that (1) Plaintiff's Motion for Sentence 6 Remand, (ECF No. 15), be denied; (2) Plaintiff's request to reverse the Commissioner's decision, (ECF No. 14), be granted; (3) the Commissioner's request to affirm his decision, (ECF No. 20), be denied; (4) the final decision of the Commissioner be reversed; and (4) that this action be remanded back to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), (ECF No. 30).

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and the plaintiff's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson,* 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R were due on August 10, 2026. To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 30); **DENIES** Plaintiff's Motion for Sentence 6 Remand, (ECF No. 15); **GRANTS** Plaintiff's request to reverse the Commissioner's decision, (ECF No. 14); **DENIES** the Commissioner's request to affirm his decision, (ECF No. 20); (4) **REVERSES** the final decision of the Commissioner; and **ORDERS** that this action be remanded back to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 31, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE